```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 02485
   THERESA M HICKS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4246


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/26/2005 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  32.00%.

     The case was dismissed after confirmation 04/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG           .00              .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE      13314.36              .00        7390.87
AMERIQUEST MORTGAGE       NOTICE ONLY       NOT FILED              .00            .00
HARLEY DAVIDSON CREDIT    SECURED NOT I      13910.00              .00            .00
HARLEY DAVIDSON CREDIT    UNSECURED            994.01              .00            .00
CITY OF CHICAGO PARKING   SECURED             6000.00              .00        3330.62
CAPITAL ONE BANK          UNSECURED            691.03              .00            .00
ER SOULTIONS INC          UNSECURED         NOT FILED              .00            .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED              .00            .00
HARVARD COLLECTION SERVI  NOTICE ONLY       NOT FILED              .00            .00
IC SYSTEMS                UNSECURED         NOT FILED              .00            .00
IC SYSTEM INC             NOTICE ONLY       NOT FILED              .00            .00
NATIONAL CREDIT SYSTEMS   UNSECURED         NOT FILED              .00            .00
SEVENTH AVENUE            UNSECURED            349.19              .00            .00
T-MOBILE BANKRUPTCY       UNSECURED            126.65              .00            .00
SOUTHWEST CREDIT SYSTEM   NOTICE ONLY       NOT FILED              .00            .00
WAL MART STORES INC       UNSECURED         NOT FILED              .00            .00
CITY OF CHICAGO PARKING   UNSECURED            680.00              .00            .00
COOK COUNTY TREASURER     SECURED NOT I      1393.55               .00            .00
CAPITAL ONE BANK          UNSECURED            668.40              .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY        2,300.00                         2,300.00
TOM VAUGHN                TRUSTEE                                               789.51
DEBTOR REFUND             REFUND                                                   .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 13,811.00

PRIORITY                                            .00
SECURED                                       10,721.49

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02485 THERESA M HICKS
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,300.00
TRUSTEE COMPENSATION                                            789.51
DEBTOR REFUND                                                      .00
                                              ----------------  ----------------
TOTALS                                              13,811.00        13,811.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```